FILED
JUL 10 2006
U.S. COURT OF FEDERAL CLAIMS

06-509 C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CHRISTOPHER R. PHILLIPS

VS

CASE NO. 3:05cv416/RV/EMT

MICHAEL L. DOMINGUEZ, ACTING SECRETARY, DEPARTMENT OF THE AIR FORCE

**REFERRAL AND ORDER**

Referred to Judge Vinson on 03/31/2006
Type of Motion/Pleading MOTION TO TRANSFER CASE TO THE UNITED STATES COURT OF FEDERAL CLAIMS
Filed by: PLAINTIFF on 3/30/06 Doc. No. 11
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
________ on ________ Doc. No. ________
________ on ________ Doc. No. ________

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 4th day of April, 2006, that:

(a) The requested relief is GRANTED.

(b) The Clerk of Court shall promptly transfer the case to the U.S. Court of Federal Claims.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: ________ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: ________

Document No. 12

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: Teresa Cole
Deputy Clerk