FILED
CLOSED
JUL 10 2006
U.S. COURT OF
FEDERAL CLAIMS

**U.S. District Court**
**Northern District of Florida - District Version 2.5 (Pensacola)**
**CIVIL DOCKET FOR CASE #: 3:05-cv-00416-RV-EMT**
**Internal Use Only**

06-509 C

PHILLIPS v. DOMINGUEZ
Assigned to: SENIOR JUDGE ROGER VINSON
Referred to: MAGISTRATE JUDGE ELIZABETH M TIMOTHY
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 11/04/2005
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**CHRISTOPHER R PHILLIPS** represented by **RICHARD JOHN WESTBERRY**
R JOHN WESTBERRY - PENSACOLA FL
1308 DUNMIRE ST STE B
PENSACOLA, FL 32504
US
850/438-0401
Email: rjohnwestberry@employmentlaw.gccoxmail.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MICHAEL L DOMINGUEZ**
*ACTING SECRETARY DEPARTMENT OF THE AIR FORCE*
represented by **PAMELA A MOINE**
US ATTORNEY - PENSACOLA FL
21 E GARDEN ST
STE 400
PENSACOLA, FL 32502
850/444-4000
Fax: 850/434-9050
Email: pamela.moine@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2005 | 1 | COMPLAINT against MICHAEL L DOMINGUEZ (Filing fee $250.00), filed by CHRISTOPHER R PHILLIPS.(tnc, Pensacola) (Entered: 11/07/2005) |
| 11/04/2005 | 2 | CIVIL COVER SHEET. (tnc, Pensacola) (Entered: 11/07/2005) |

| | | |
|---|---|---|
| 11/07/2005 | | Set Deadline - 120 Day No Activity Deadline set for 3/7/2006 (tnc, Pensacola) (Entered: 11/07/2005) |
| 11/10/2005 | 3 | Summons Issued as to MICHAEL L DOMINGUEZ only. (tnc, Pensacola) (Entered: 11/10/2005) |
| 11/17/2005 | 4 | Summons Issued as to U.S. Attorney ONLY. (tnc, Pensacola) (Entered: 11/17/2005) |
| 01/23/2006 | 5 | ANSWER to Complaint by MICHAEL L DOMINGUEZ.(MOINE, PAMELA) (Entered: 01/23/2006) |
| 01/24/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Vinson notified that action is needed Re: 5 Answer to Complaint (Proposed scheduling order placed in Judge's folder). (tnc, Pensacola) (Entered: 01/24/2006) |
| 01/25/2006 | 6 | SCHEDULING ORDER : Rule 26 Meeting Report due by 3/10/2006. Discovery due by 6/23/2006. Signed by Judge ROGER VINSON on 1/25/2006. (Attachments: # 1 Consent to Magistrate Judge Form)(tnc, Pensacola) (Entered: 01/25/2006) |
| 03/06/2006 | 7 | REPORT of Rule 26(f) Planning Meeting. (MOINE, PAMELA) (Entered: 03/06/2006) |
| 03/07/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Vinson notified that action is needed Re: 7 Report of Rule 26(f) Planning Meeting (tnc, Pensacola) (Entered: 03/07/2006) |
| 03/08/2006 | | Reset Deadline - 120 Day No Activity Deadline set for 7/6/2006 (tnc, Pensacola) (Entered: 03/08/2006) |
| 03/14/2006 | 8 | ATTORNEY TIME RECORDS by CHRISTOPHER R PHILLIPS. (WESTBERRY, RICHARD) (Entered: 03/14/2006) |
| 03/20/2006 | 9 | MOTION to Dismiss for Lack of Jurisdiction *and Memorandum and Points of Authorities in Support of* by MICHAEL L DOMINGUEZ. (Response due by 4/7/2006) (MOINE, PAMELA) (Entered: 03/20/2006) |
| 03/28/2006 | 10 | SCHEDULING ORDER : Signed by Judge ROGER VINSON on 3/28/2006. Discovery due by 6/23/2006.(tnc, Pensacola) (Entered: 03/29/2006) |
| 03/30/2006 | 11 | Consent MOTION to Transfer Case to United States Court of Federal Claims by CHRISTOPHER R PHILLIPS. ***(Internal deadline for referral to judge if response not filed earlier: 4/17/2006)*** (WESTBERRY, RICHARD) (Entered: 03/30/2006) |
| 03/31/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Vinson notified that action is needed Re: 11 Consent MOTION to Transfer Case to United States Court of Federal Claims (tnc, Pensacola) (Entered: 03/31/2006) |

| | | |
|---|---|---|
| 04/04/2006 | 12 | ORDER- GRANTED 11 Motion to Transfer Case. The clerk shall promptly transfer the case to the US Court of Federal Claims. Signed by Judge ROGER VINSON. (tnc, Pensacola) (Entered: 04/05/2006) |
| 04/05/2006 | 13 | Interdistrict Transfer to the U.S. Court of Federal Claims, with certified copy of docket sheets, originals of complaint and civil cover sheet, and copies of remaining documents from CMECF. (tnc, Pensacola) (Entered: 04/05/2006) |
| 04/24/2006 | 14 | Letter from United States Court of Federal Claims (with pleadings originally sent on 4/5/06) to hold record until the (60) days appeal time has run. (laj, Pensacola) (Entered: 04/27/2006) |
| 04/27/2006 | | ACTION REQUIRED BY CHAMBERS - Chambers of Judge Roger Vinson notified that action is needed - Re: 14 Letter from United States Court of Federal Claims. (laj, Pensacola) (Entered: 04/27/2006) |
| 06/06/2006 | 15 | NOTICE -by clerk resending case to U.S. Federal Claims Court after waiting the 60 day appeal period re 14 Letter. (tnc, Pensacola) (Entered: 06/06/2006) |

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: Jenna Cole
Deputy Clerk