# In the United States Court of Federal Claims

No. 06-509 C

(E-Filed: July 31, 2006)

| | |
|---|---|
| CHRISTOPHER R. PHILLIPS, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The Clerk's Office has notified chambers that defendant's Notice of Appearance does not comply with the Rules of the Court of Federal Claims (RCFC). Specifically, the Notice of Appearance did not contain a name after the "s/" in the signature block as required by RCFC 11(a). See General Order No. 42A ¶ 16 ("[Electronic Case Filing (ECF) system] filings shall include a signature block in compliance with RCFC 11(a). As part of that block, the name of the Filing User . . . shall be preceded by a "s/" and shall be typed in the space where the signature would otherwise appear. Alternatively, a party may file a scanned document that contains a written signature. A filing that does not comply with these signature requirements shall be deemed to violate RCFC 11 . . . ."). In addition, the attorney filing the Notice of Appearance did not add herself as the lead attorney on the ECF system when filing the Notice. Based on the deficiency, defendant's Notice of Appearance is STRICKEN. Counsel for defendant shall re-file the Notice of Appearance in conformity with RCFC 11(a) and shall, at that time, add herself as defendant's lead attorney on the ECF system.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge