IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHRISTOPHER R. PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-509C |
| | ) | (Judge Hewitt) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 31-day enlargement of time, to and including November 3, 2006, within which to file its response to the complaint. Our response is currently due on October 3, 2006. This is defendant's first request for an enlargement of time for this purpose. Defendant left a telephone voice mail message for plaintiff's counsel, Mr. R. John Westberry, to ascertain if he concurs with our request for an enlargement of time. He responded that he does not object to our request.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Department of the Air Force, as required by 28 U.S.C. § 520. The additional time is requested to allow agency counsel to complete the litigation report and for the Government to review the litigation report and prepare our response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn Bleecker
KATHRYN BLEECKER
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

October 3, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Thomas