**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CHRISTOPHER R. PHILLIPS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-509C** |
| | ) | **(Judge Hewitt)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Kent G. Huntington as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Kent G. Huntington
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: March 16, 2007

s/ Kent G. Huntington
Kent G. Huntington
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202)353-9369
Telecopier:(202) 353-7988

## CERTIFICATE OF FILING

I hereby certify that on March 16, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington