**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CHRISTOPHER R. PHILLIPS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-509C** |
| | ) | **(Judge Hewitt)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**TO RESPOND TO THE AMENDED COMPLAINT**

Pursuant to Rule 6.1 of the Rules of this Court, defendant, the United States, respectfully requests a 33-day enlargement of time to respond to plaintiff's amended complaint. Currently, our response is scheduled to be filed on March 16, 2007. The requested enlargement of time would bring the deadline for filing our response to April 18, 2007. We have contacted plaintiff's counsel and he supports this, our first request for an enlargement of time for this purpose.

On March 14, 2007, this matter was reassigned to the undersigned trial attorney for the Government while he was traveling, on business, in Denver, Colorado. Upon his return to the office on March 16, 2007, the undersigned trial attorney immediately reviewed the initial complaint and contacted opposing counsel to discuss the recently filed amended complaint. The parties quickly agreed that it would be beneficial for defendant's counsel to first consult with the Department of the Air Force, the Federal agency involved in this matter, prior to

filing the Government’s response to the amended complaint. As a newly assigned attorney, defendant's counsel noted that an enlargement of time would assist him in familiarizing himself with the issues involved in this litigation and in preparing the Government’s response. Additionally, defendant’s counsel noted that he is currently scheduled to be on previously scheduled annual leave between March 22, 2007 and April 3, 2007. In response, plaintiff’s counsel stated that his client would not oppose an extension of time of up to 40 days.

In light of the above, granting the proposed enlargement of time will enable the undersigned to obtain necessary information from the Air Force and to devote the time and attention needed to respond to plaintiff's amended complaint.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of time of 33 days, to and including April 18, 2007, to file our response to plaintiff's amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W
Washington, D.C. 20530
Tele: 202.353.9369
Facsimile: 202.353.7988

Attorneys for Defendant

March 16, 2007

CERTIFICATE OF FILING

I hereby certify that on March 16, 2007, a copy of foregoing “UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO the AMENDED COMPLAINT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington