# In the United States Court of Federal Claims

No. 06-509 C

(E-Filed: March 19, 2007)

CHRISTOPHER R. PHILLIPS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Unopposed Motion for an Enlargement of Time to Respond to the Amended Complaint (motion). Pursuant to the representations therein, the motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge