IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHRISTOPHER R. PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-509C |
| | ) | (Judge Emily C. Hewitt) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Tara K. Hogan, as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Tara K. Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202)616-2228
Fax: (202)305-7643
E-mail: Tara.Hogan@usdoj.gov

Attention: Classification Unit, 8th Floor
1100 L Street, NW

Dated: March 28, 2007

s/ Tara K. Hogan
Tara Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF FILING

I hereby certify that on this 28th day of March, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan