United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

September 2, 2008

William M. McCool, Clerk
United States District Court for the
Northern District of Florida (Pensacola Division)
One North Palafox Street
Pensacola, Florida 32502-5658

COPY

Re: Christopher R. Phillips v. United States, No. 06-509 C (Northern District of Florida (Pensacola Division) No. 3:05cv416/RV/EMT)

Dear Mr. McCool:

Pursuant to the Opinion & Order of this court filed July 25, 2007, the above case should have been re-transferred to your court. Pursuant to an oversight, however, this was not done. Enclosed please find, certified copies of the transfer order, docket sheet and ECF documents that comprise the record in this court as well as the documents that were originally sent from your court.

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Yours truly,

Debra L. Samler

Debra L. Samler
Senior Case Manager

Enclosures

cc: Judge Emily C. Hewitt
Richard J. Westberry, Esquire
Tara K. Hogan, Esquire